UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 22-1951-KK-SHKx** | Date: | July 22, 2024 |
|---|---|---|---|
| Title: | *Rosario Santillan, et al. v. American Honda Motor Co., Inc., et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed
for Failure to Prosecute and Comply with Court Orders**

On November 3, 2022, plaintiffs Rosario Santillan and Miguel Santillan Gonzalez
("Plaintiffs") filed a Complaint against American Honda Motor Co., Inc. ("Defendant").  ECF
Docket No. ("Dkt.") 1.  On December 13, 2023, Defendant filed an Answer.  Dkt. 11.

On August 9, 2023, the Court issued an Order Granting Stipulation to Continue Schedule of
Pretrial and Trial Dates and ordered the parties to participate in a private mediation under the
mandatory Court-Directed Alternative Dispute Resolution Program no later than July 5, 2024.  Dkt.
43.

On November 22, 2023, the Court issued a Reassignment Order stating "[d]ates for
previously scheduled ADR conferences shall remain in effect."  Dkt. 46 at 2.  On April 23, 2024, the
Court issued an Order stating it has "updated its procedures in civil cases, including the
recommended timelines in the Court's Schedule of Pretrial Dates form and the requirements and
deadlines for filing pretrial documents."  Dkt. 52.  Specifically, the Court's Civil Trial Scheduling
Order advised Plaintiffs to file a Joint Report regarding the outcome of settlement discussions, the
likelihood of possible further discussions, and any help the Court may provide with regard to
settlement negotiations "**not later than seven (7) days after** the settlement conference."  Civil Trial
Scheduling Order at 3 (emphasis in original).

Plaintiffs were, therefore, required to file the Joint Report no later than July 12, 2024. However, the Court has not received a Joint Report. Plaintiffs are therefore in violation of the Court's Civil Trial Scheduling Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order. See FED. R. CIV. P. 41(b). Before dismissing this action, the Court will afford Plaintiffs an opportunity to explain their failure to file the Joint Report as directed by the Court's Civil Trial Scheduling Order.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders. Plaintiffs shall have **up to and including July 26, 2024** to respond to this Order.

**Plaintiffs are expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders. See FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**